O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF California

UNITED STATES OF AMERICA
V.
JACK PROBER

WAIVER OF INDICTMENT

CASE NUMBER: 14CR 2704-BEN

**FILED**
SEP 24 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ CP _____ DEPUTY

I, Jack Prober _____, the above named defendant, who is accused of conspiracy, in violation of 18 U.S.C. 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___9/24/14___ prosecution by indictment and consent that the pro-
                        Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer